JERRY LADEN, APPELLANT, v. BERT DALY ET AL., RESPONDENTS.

Argued May 17, 1945—Decided September 27, 1945.

For the appellant, *Alfred Brenner.*

For the respondents, *Charles E. McCraith, Jr.,* and *Stephen F. Sladowski.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, HEHER, PERSKIE, COLIE, WELLS, RAFFERTY, DILL, FREUND, JJ. 11.

*For reversal*—None.